| | |
|---|---|
| 1 | DAVID F. MCDOWELL (CA SBN 125806) |
| | DMcDowell@mofo.com |
| 2 | MEEGAN I. MACZEK (CA SBN 260609) |
| | MMaczek@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 555 West Fifth Street, Suite 3500 |
| 4 | Los Angeles, California  90013-1024 |
| | Telephone:   (213) 892-5200 |
| 5 | Facsimile:   (213) 892-5454 |
| 6 | Attorneys for Defendant |
| | HARTFORD CASUALTY INSURANCE COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYRAMID TECHNOLOGIES, INC., | Case No.  SACV08-00367 AHS (RNBx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] PROTECTIVE ORDER** |
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Judge Alice M. Stotler |
| | Magistrate Judge Robert N. Block |

///

[PROPOSED] PROTECTIVE ORDER

1   Based on the attached Stipulation to Entry of Protective Order, and good
2   cause appearing therefore, the Court hereby enters the attached Stipulation as the
3   Protective Order of the Court.

5   IT IS SO ORDERED.

7   Dated: February 3, 2011

_____
Honorable Robert N. Block
U.S. District Court Magistrate Judge

la-1109131