UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYRAMID TECHNOLOGIES, INC., | SA CV 08-367-AHS(RNBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court hereby enters judgment in favor of Defendant Hartford Casualty Insurance Company ("Hartford") and against Plaintiff Pyramid Technologies, Inc. for the reasons described in the Court's Statement of Uncontroverted Facts and Conclusions of Law and Order Granting Defendant's Motion for Summary Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing from this action, that the action be dismissed with prejudice on the merits and that Defendant recover its costs in the amount of $_____ pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: June 1, 2011.

**ALICEMARIE H. STOTLER**
Hon. Alicemarie H. Stotler
United States District Judge