**FILED**

**NOT FOR PUBLICATION**

JUL 03 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PYRAMID TECHNOLOGIES, INC., | No. 11-56304 |
| Plaintiff - Appellant, | D.C. No. 8:08-cv-00367-AHS-RNB<br>Central District of California,<br>Santa Ana |
| ALLIED PUBLIC ADJUSTERS, INC.; DOUGLAS W. SCHROEDER, Lien Claimant / Former Attorney for Plaintiff Pyramid Technologies, Inc., | ORDER |
| Claimants, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, Indiana corporation, | |
| Defendant - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
7/3/13
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: RAWLINSON and BYBEE, Circuit Judges, and SIMON, District Judge.[*]

The parties have agreed to pursue settlement discussions with the assistance of the Circuit Mediation Office. The appeal is referred to the Mediation Office, and its submission is deferred pending further order of the court.

---

[*] The Honorable Michael H. Simon, District Judge for the U.S. District Court for the District of Oregon, sitting by designation.

The Circuit Mediator will contact the parties to schedule mediation and shall provide a status report to the panel within sixty (60) days following this order.